1 DANIEL J. BRODERICK, #89424
Acting Federal Defender
2 VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, California  93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6 KATHY ANN HOLLIS

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,            )  NO. 1:06-cr000101 AWI
                                        )
12        Plaintiff,                    )  STIPULATION CONTINUING STATUS
                                        )  CONFERENCE HEARING
13     v.                               )  AND  ORDER THEREON
                                        )
14 KATHY ANN HOLLIS,                    )  Date:  May 30, 2006
   RICHARD EUGENE RAYMOND and           )  Time:  9:00 A.M.
15 PHILLIP ANTHONY WYATT,               )  Judge: Hon. Anthony W. Ishii
                                        )
16        Defendants.                   )
                                        )
17 _____ )

19     **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

20 counsel that the **status conference hearing in the above-entitled matter now set for May 8, 2006, may**

21 **be continued to May 30, 2006, at 9:00 A.M.**

22     The continuance is at the request of defense counsel to provide the parties additional time to

23 conclude plea negotiations.

24 ///

25 ///

26 ///

27 ///

28 ///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests
2  of justice, including but not limited to, the need for the period of time set forth herein in the interest of
3  justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i),
4  and 3161(h)(8)(B)(iv).

```
                                                    McGREGOR W. SCOTT
                                                    United States Attorney

DATED: May 3, 2006              By:  /s/ Stanley A. Boone
                                     STANLEY A. BOONE
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


                                     DANIEL J. BRODERICK
                                     Acting Federal Public Defender


DATED: May 3, 2006              By:  /s/ Victor M. Chavez
                                     VICTOR M. CHAVEZ
                                     Assistant Federal Defender
                                     Attorneys for Defendant
                                     KATHY ANN HOLLIS


DATED: May 3, 2006                    /s/  Jon K. Renge
                                     JON K. RENGE
                                     Attorney at Law
                                     Attorney for Defendant
                                     RICHARD EUGENE RAYMOND


DATED: May 3, 2006                    /s/  Karen L. Lynch
                                     KAREN L. LYNCH
                                     Attorney at Law
                                     Attorney for Defendant
                                     PHILLIP ANTHONY WYATT
```

## O R D E R

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   May 5, 2006**              /s/ Anthony W. Ishii
9h0d30                                UNITED STATES DISTRICT JUDGE

Stipulation Continuing Status Conference Hearing
and Order Thereon

2