Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
WITH CONSENT OF THE OFFENDER**
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Kathy Ann HOLLIS |
| **Docket Number:** | 1:06CR00101-01 AWI |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Chief  United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 08/21/2006 |
| **Original Offense:** | 18 USC 1343, Wire Fraud (Counts 1 and 2)<br>(CLASS C FELONIES) |
| **Original Sentence:** | 3 years probation, mandatory testing, $200 special assessment, $4,695 restitution |
| **Special Conditions:** | Warrantless search/seizure; Not dispose of assets; Financial disclosure; No new credit; Drug/alcohol treatment; Drug testing; Abstain from alcohol use; 100 hours community service; $25 copayment for treatment; 10) DNA testing |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 08/21/2006 |
| **Assistant U.S. Attorney:** | Stanley A. Boone |  **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Victor Chavez | **Telephone:** (559) 487-5561 |
| **Other Court Action:** | |
| <u>**09/18/2006**</u>: | Upon request of the probation officer and the defendant, the Court modified the defendant's conditions of supervision to include placement in a community corrections center for up |

RE:   **KATHY ANN HOLLIS**
      **Docket Number: 1:06CR00101-01 AWI**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

|  |  |
|---|---|
|  | to 120 days since the defendant did not have a suitable residence. |
| **11/01/2006:** | The Court was advised of the defendant's use of amphetamine/methamphetamine on October 20, 2006. Furthermore, the defendant admitted subsequent illicit drug use on approximately October 23, 2006, and October 27, 2006. The defendant was referred to individual counseling (in addition to the group counseling she was attending), and no formal action was requested. |

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1.   It is the judgment of the Court that the term of probation heretofore granted on August 21, 2006, is hereby modified and extended by 12 months.

2.   The defendant shall pay the balance of restitution in the amount of $3,775 in minimum monthly payments of $50.00 to commence October 5, 2009.

**Justification:**  It appears that Ms. Hollis has not made a good faith effort to pay her restitution, which is reflected by the current balance of $3,775.  Throughout her probation, Ms. Hollis had to be reminded frequently to make restitution payments.   Prior to submitting a payment on August 12, 2009, Ms. Hollis failed to make her restitution payment for four months.

By extending her probation and setting a monthly minimum payment, it is the probation officer's goal to have the defendant make a greater contribution towards her restitution.

Ms. Hollis is in agreement with the proposed modification of her conditions of supervision as supported by the signed Probation Form 49, waiving her right to a hearing.

Rev. 08/2006
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG

RE:   **KATHY ANN HOLLIS**
      **Docket Number: 1:06CR00101-01 AWI**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


Respectfully submitted,


/s/ J. C. Hill


**J. C. HILL**
**United States Probation Officer**
Telephone: (661) 861-4305


DATED:     August 18, 2009
           Bakersfield, California
           JCH:ks


REVIEWED BY:     /s/ Thomas A. Burgess
                 **THOMAS A. BURGESS**
                 **Supervising United States Probation Officer**


===============================================================


**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:

cc:   United States Probation
      Stanley A. Boone, Assistant United States Attorney
      Victor Chavez, Assistant Federal Defender
      Defendant
      Court File

IT IS SO ORDERED.

**Dated:   August 18, 2009              /s/ Anthony W. Ishii**
                            CHIEF UNITED STATES DISTRICT JUDGE

Rev. 08/2006
VIOLATION__PETITION (PROB12B)
(MODIFICATION).MRG