PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:06CR00101-01** |
| ) | |
| **KATHY ANN HOLLIS** ) | |
| ) | |

On August 21, 2006, the above-named was placed on Probation for a period of 3 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ J. C. Hill

**J. C. HILL
United States Probation Officer**

Dated:     May 17, 2010
            Bakersfield, California


**REVIEWED BY:**     /s/ Thomas A. Burgess
                    **THOMAS A. BURGESS
                    Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:  Kathy Ann HOLLIS**
**Docket Number:  1:06CR00101-01**
**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

JCH:ks

Attachment:   Recommendation

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

IT IS SO ORDERED.

**Dated:   May 18, 2010**                      /s/ Anthony W. Ishii
                                               CHIEF UNITED STATES DISTRICT JUDGE